O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILMON WALKER,<br><br>    Plaintiff,<br><br> vs.<br><br>LINDA SANDERS, ET AL.,<br><br>    Defendants. | CASE NO. CV 09-02785 AG (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: April 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE