O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TILMON WALKER, | ) | CASE NO. CV 09-02785 AG (RZ) |
| Plaintiff, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| LINDA SANDERS, ET AL., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: April 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE